# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL JACOB WERK,<br><br>    Defendant. | CR-22-108-GF-BMM<br><br>ORDER |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 3rd day of October, 2023.

_____
Brian Morris, Chief District Judge
United States District Court