# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL JACOB WERK, <br> Defendant. | CR-22-108-GF-BMM <br><br> **ORDER** |

## INTRODUCTION

Daniel Jacob Werk ("Werk") filed three motions in limine. (*See* Doc. 29); (Doc. 31); (Doc. 71.) Werk also filed a motion for a surrebuttal argument. (*See* Doc. 56.) The Court deferred consideration of Werk's motions in limine until the time of trial. (*See* Doc. 59.) The Court also deferred consideration of Werk's motion for a surrebuttal argument until the time of trial. (*See id.*)

Trial began on October 3, 2023. The jury returned a guilty verdict as to the sole count, sexual abuse of a minor, as charged in the indictment. (Doc. 88.) Werk's motions in limine and motion for a surrebuttal argument were addressed by the Court during trial and are now moot.

**ORDER**

Accordingly, **IT IS ORDERED:**

1. Werk's Motions in Limine (Doc. 29); (Doc. 31); (Doc. 71) are **DENIED** as moot.

2. Werk's Motion for a Surrebuttal Argument (Doc. 56) is **DENIED** as moot.

DATED this 31st day of October, 2023.

*[signature: Brian Morris]*

Brian Morris, Chief District Judge
United States District Court